IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT ONE: |
| v. | ) | **Commercial Sex Trafficking of a Child** |
| | ) | 18 U.S.C. §§ 1591 and 1594(a) |
| **STEVEN E. MIKOLOYCK**, | ) | NLT: 10 Years Imprisonment |
| [DOB: 4/30/1961], | ) | NMT: Life Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: Any Term or Years or Life |
| Defendant. | ) | Class A Felony |
| | ) | |
| | ) | COUNT TWO: |
| | ) | **Inducement of a Child to Engage** |
| | ) | **in Prostitution** |
| | ) | 18 U.S.C. §§ 2422(b) and (e) |
| | ) | NLT: 10 Years Imprisonment |
| | ) | NMT: Life Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: Any Term or Years or Life |
| | ) | Class A Felony |
| | ) | |
| | ) | COUNTS THREE - FOUR: |
| | ) | **Travel for the Purpose of Engaging** |
| | ) | **in Illicit Sexual Conduct with a Child** |
| | ) | 18 U.S.C. §§ 2423(b) and (e) |
| | ) | NMT: 30 Years Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: Any Term of Years or Life |
| | ) | Class B Felony |
| | ) | |
| | ) | **Forfeiture Allegation** |
| | ) | 18 U.S.C. §§1594(b) and 2253 |
| | ) | |
| | ) | <u>Maximum Punishment</u>: |
| | ) | NLT: 20 Years Imprisonment |
| | ) | NMT: Life Imprisonment |
| | ) | NMT: $1,000,000 Fine |

)     Supervised Release: Any Term of Years or Life
)     $100 Special Assessment for Each Count

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about January 31, 2009, in the Western District of Missouri and elsewhere, **STEVEN E. MIKOLOYCK**, defendant herein, knowingly, in and affecting interstate commerce, attempted to recruit, entice, transport, and obtain a person who had not attained the age of 18 years, and knew that the person would be caused to engage in a commercial sex act; all in violation of Title 18, United States Code, Sections 1591 and 1594(a).

**COUNT TWO**

On or about January 31, 2009, in the Western District of Missouri and elsewhere, **STEVEN E. MIKOLOYCK**, defendant herein, knowingly used a facility of interstate commerce, to attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in prostitution and any sexual activity for which the defendant could be charged with a criminal offense, that is, statutory rape in the second degree, as proscribed by Section 566.034 of the Statutes of the State of Missouri, and statutory sodomy in the second degree, as proscribed by Section 566.064 of the Statutes of the State of Missouri; all in violation of Title 18, United States Code, Sections 2422(b) and (e).

## COUNT THREE

On or about January 31, 2009, in the Western District of Missouri and elsewhere, **STEVEN E. MIKOLOYCK**, defendant herein, knowingly traveled in interstate commerce for the purpose of attempting to engage in illicit sexual conduct with another person, that is a commercial sex act with a person under 18 years of age; all in violation of Title 18, United States Code, Sections 2423(b) and (e).

## COUNT FOUR

On or about January 31, 2009, in the Western District of Missouri and elsewhere, **STEVEN E. MIKOLOYCK**, defendant herein, knowingly traveled in interstate commerce for the purpose of attempting to engage in illicit sexual conduct with another person, that is a commercial sex act with a person under 18 years of age; all in violation of Title 18, United States Code, Sections 2423(b) and (e).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Four of this Indictment are realleged and incorporated by reference for the purposes of alleging a forfeiture pursuant to the provisions of Title 18, United States Code, Sections 1594(b) and 2253.

As a result of the offenses alleged in Counts One through Four, the defendant, **STEVEN E. MIKOLOYCK**, shall forfeit any and all interest he may have in the following described personal property, which property was used or intended to be used to commit or to promote the commission of the offenses described in Counts One through

Four in violation of Title 18, United States Code, Sections 1594(b) and 2253, including but not limited to the following, seized on January 31, 2009, by the detectives of the Independence Missouri Police Department:

> Silver, 2001, Toyota, Corolla, 4-door, Missouri license 104 AZJ, VIN: 1NXBR12E01Z526406.

A TRUE BILL.

  /s/ Christopher Stansbury
FOREPERSON OF THE GRAND JURY

  /s/ Cynthia L. Cordes
Cynthia L. Cordes #6283752
Assistant United States Attorney

Date:   2/3/09
      Kansas City, Missouri

4